JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| ROCKY WRIGHT, | Case No. ED CV 13-00928 R SPx |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-10, ADJUSTABLE MORTGAGE BACKED PASS THROUGH CERTIFICATES, SERIES 2005-10, WELLS FARGO BANK, N.A., and DOES 1 through 10, inclusive, | Date:   October 7, 2013<br>Time:   10:00 a.m.<br>Courtroom: 8 – 2nd Floor<br><br>The Hon. Manuel L. Real |
| Defendants. | |

On October 7, 2013, the motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-10, Adjustable Mortgage Backed Pass Through Certificates, Series 2005-10 and Wells Fargo Bank, N.A. (collectively "Defendants") came on for hearing before the Hon. Manuel L. Real.  Plaintiff Rocky Wright ("Plaintiff") did not appear at the hearing.  John C. Dineen, Esq. appeared on behalf of Defendants.

Having considering the papers submitted by the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant's motion to is GRANTED for the reasons set forth by the Court on the record.

IT IS FURTHER ORDERED that the case is DISMISSED.

IT IS SO ORDERED.

Dated:  Oct. 15, 2013

HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE